1  GREGORY G. PAUL SBN:  233060
   **PAUL LAW OFFICES**
2  540 Pacific Avenue
3  San Francisco, California 94133
   Telephone:     415-326-8300
4  Facsimile:      888-822-9421
   Electronic mail:  gregpaul@paullaw.com
5
6  Attorneys for Defendants
   PAUL H. NATHAN, JR., personal
7  representative of the Estates of SAMMIE
   JUNE NATHAN and PAUL H. NATHAN,
8  SR.,
9
10
11                    IN THE UNITED STATES DISTRICT COURT
12                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| JUAN ROSALES, an individual,<br><br>              Plaintiff,<br><br>       v.<br><br>PAUL H. NATHAN, JR., personal representative of the Estates of SAMMIE JUNE NATHAN and PAUL H. NATHAN, SR.,<br><br>              Defendants.<br><br>**AND RELATED CROSS-CLAIMS** | Case No.:  4:24-CV-02866-MMC<br><br>San Francisco Superior Court Case No.: CGC-24-612254<br><br>**[PROPOSED]** **ORDER RE: STIPULATION TO REMAND MATTER TO THE SUPERIOR COURT IN AND FOR THE COUNTY OF SAN FRANCISCO** |

24  ///
25  ///
26  ///
27  ///
28  ///

-1-

*Rosales v. Nathan*                    [PROPOSED] ORDER RE: STIPULATION TO REMAND

4:24-CV-02866

[PROPOSED] ORDER

Based on the Parties Stipulation,

IT IS HEREBY ORDERED that this matter, Rosales v. Nathan, Case No.: 4:24-CV-02866 be remanded to the Superior Court for the City and County of San Francisco, Case No.: CGC-24-612254.

IT IS SO ORDERED.

DATED: May 29, 2024

_____
HONORABLE JUDGE OF THE COURT
United States District Court

-2-

*Rosales v. Nathan*        [PROPOSED] ORDER RE: STIPULATION TO REMAND

4:24-CV-02866